IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN L. WILSON,** | CIV S-05-0357 LKK PAN P |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **SCOTT KERNAN,** | |
| Respondent. | |

Respondent has requested an enlargement of time in which to file a response to the petition for writ of habeas corpus.

1. GOOD CAUSE APPEARING, it is hereby ordered that Respondent's request for an enlargement of time is granted; and

2. Respondent's response to the petition for writ of habeas corpus must be filed thirty days from the date of this order.

Dated: June 21, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

1