IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

    Petitioner,                    No. CIV S-05-0357 LKK PAN P

    vs.

SCOTT KERNAN, Warden,

    Respondent.                  ORDER

_____/

        Petitioner has filed a second request for the appointment of counsel.[1] There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

/////

---

[1] Petitioner's first request was denied by order filed August 24, 2005.

1

/////

Accordingly, IT IS HEREBY ORDERED that petitioner's October 28, 2005 request for appointment of counsel is denied.

DATED: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12;wils0357.110